UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DE'JEANE STINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES PEEBLES, et al.<br><br>　　　　Defendants. | Case No. 2:22-cv-01963-RFB-NJK<br><br>Order |

　　　　Defendants removed this case from state court to this Court on November 22, 2022. Docket No. 1. However, Defendants answered the complaint on November 14, 2022, while the case was still pending in state court. *See* Docket No. 7 at 1. Accordingly, the parties are hereby **ORDERED** to file, no later than January 17, 2023, a joint proposed discovery plan. In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court. Defendants are further **ORDERED** to file a copy of their answer filed in state court on this case's docket no later than January 10, 2023.

　　　　IT IS SO ORDERED.

　　　　Dated: January 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge