Kevin C. Barrett, State Bar No. 8959
**Barrett & Matura, P.C.**
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
Telephone: (702) 833-1033
Facsimile:  (602) 792-5710
kbarrett@barrettmatura.com
*Attorneys for Defendant James Peebles*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DE'JEANE STINE, individually,<br><br>Plaintiff,<br>vs.<br><br>SAMANTHA PEEBLES, individually; and JAMES PEEBLES, individually; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No. 2:22-cv-01963-RFB-NJK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendant, James Peebles ("Defendant"), hereby substitutes Kevin C. Barrett, Esq. of the law firm Barrett & Matura, P.C., to represent Defendant James Peebles for all purposes in the above-entitled action in the place of Andrew C. Green, Esq. of Koeller, Nebeker, Carlson & Haluck, LLP.

Dated on July 26, 2023.                    James Peebles

By:  s/ *James Peebles*

/ / /

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO SUBSTITUTION**

Koeller, Nebeker, Carlson & Haluck, LLP acknowledges that JAMES PEEBLES hereby substitutes Kevin C. Barrett, Esq. of the law firm Barrett & Matura, P.C. to represent him for all purposes in the above-entitled action and consents to the same.

Dated on July 26, 2023.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

 */s/ Andrew C. Green*
Andrew C. Green, Esq.
Nevada Bar No. 9399
300 S. 4th Street, Suite 500
Las Vegas, NV 89101

**ACCEPTANCE OF SUBSTITUTION**

Kevin C. Barrett, Esq. of the law firm Barrett & Matura, P.C., hereby accepts substitution as counsel for JAMES PEEBLES for all purposes in the above-entitled action.

Dated on July 28, 2023.

BARRETT MATURA

 */s/ Kevin C. Barrett*
Kevin C. Barrett
Nevada Bar No. 8959
7275 West Vegas Drive, Suite 150c
Las Vegas, NV 89128

Dated on July 28, 2023.

BARRETT & MATURA, P.C.

By */s/  Kevin C. Barrett*
Kevin C. Barrett
7575 Vegas Drive, Suite 150c
Las Vegas, Nevada 89128
*Attorneys for Defendant NGM
Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATE MAGISTRATE JUDGE
Dated: July 31, 2023